# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **OREO ASSET HOLDINGS LLLP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **WESTCHESTER SURPLUS LINES** ) <br> **INSURANCE COMPANY,** ) <br> ) <br> **Defendant.** ) <br> ) | MISCELLANEOUS ACTION <br><br> Case No.  3:21-MC-16-DJH <br><br> Middle Dist. of Florida <br> Docket No. 3:20-cv-561-TJC-PDB |

## NOTICE OF SUPPLEMENTAL EXHIBIT

PLEASE TAKE NOTICE that counsel for Plaintiff hereby attaches a Certificate of Good Standing from the Supreme Court of Florida in response to the Notice of Deficiency issued on November 8, 2021. (Dkt. 7).

Respectfully submitted,

/s/ Amy Robinson Staples

Amy Robinson Staples
    Local Counsel
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax (312) 243-5902

## CERTIFICATE OF SERVICE

      I, Amy Robinson Staples, hereby certify that on November 15, 2021, I filed the foregoing by CM/ECF electronic filing, which was served through the Court's electronic filing system.

                                                          /s/ Amy Robinson Staples